[No. 22342-9-I.   Division One.   December 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EDWARD ELLINGSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03428-0, Norman W. Quinn, J., entered
May 6, 1988. *Affirmed* by unpublished opinion per Coleman,
J., concurred in by Grosse, C.J., and Baker, J.


[No. 26900-3-I.   Division One.   December 7, 1992.]

RICHARD E. KARSTETTER, ET AL, *Appellants*, v. MIDSTATE
AVIATION, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 88-2-00220-0, Michael W. Leavitt, J.,
entered July 20, 1990. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Webster, A.C.J., and Scholfield, J.


[No. 27578-0-I.   Division One.   December 7, 1992.]

MARION CLARK, *Respondent*, v. HOWARD CLARK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-3-06753-0, Horton Smith, J. Pro Tem.,
entered December 3, 1990. *Affirmed* by unpublished opinion
per Forrest, J., concurred in by Grosse, C.J., and Agid, J.